1178

No. 94–7565. HILL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7566. HARPER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7569. MITCHELL v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 94–7572. JORDAN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–7575. LANIER v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 94–7576. SCHOOLFIELD, AKA KB–X v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–7577. VALENTINE, AKA NETON, AKA NEWTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–7578. WILHELM v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–7583. PRIOLEAU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–7584. SIMMONS v. IOWA. C. A. 8th Cir. Certiorari denied.

No. 94–7587. AUSTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7590. RICHMOND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–7591. SMITH v. LAMAR, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–7599. ORTIZ v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.